

**ORDERED in the Southern District of Florida on November 14, 2014.**

**A. Jay Cristol, Judge
United States Bankruptcy Court**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

**MARINA FITORIA**,
      Debtor(s)
_____ /

Case No.  14-31158-AJC
Chapter   7

### ORDER ON WAIVER OF DEBTOR'S REQUIREMENT TO OBTAIN PRE-PETITION CREDIT COUNSELING DUE TO EXIGENT CIRCUMSTANCES

This matter came before the court at a hearing held on November 12, 2014 at 10:30 a.m. on the debtor's failure to obtain credit counseling prior to filing her bankruptcy petition due to exigent circumstances. The court having heard the exigent circumstances presented by the debtor, it is

ORDERED AND ADJUDGED that:

1. The Debtor's Exigent circumstances are satisfactory to meet the necessary requirements of the court, and.
2. The Debtor's requirement to obtain PRE-petition credit counseling is hereby WAIVED.

# # #

(Attorney Alexander J. Alfano will serve a copy of this order upon all parties who are entitled to service thereof.)

Mailing List:

Office of the US Trustee – served via ECF

Soneet Kapila, Trustee – served via ECF