UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:                                             Case No. 14-31158-BKC-AJC

MARINA FITORIA,                                    Chapter 7

    Debtor.
_____/

## TRUSTEE'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF ATTORNEY *NUNC PRO TUNC* FROM DECEMBER 19, 2014

Trustee, **SONEET R. KAPILA**, respectfully requests an order of the court authorizing the employment of **ZACH B. SHELOMITH** of the law firm of **LEIDERMAN SHELOMITH, P.A.** (collectively, the "Firm") to represent the trustee in this case, *nunc pro tunc* from December 19, 2014, and states:

1.  It is necessary that the trustee employ an attorney to represent the trustee in this case to perform ordinary and necessary legal services required in the administration of the estate.

2.  The attorney does not hold or represent any interest adverse to the estate and the trustee believes that the employment of this attorney would be in the best interest of the estate.

3.  Attached to this motion is the proposed attorney's affidavit demonstrating that Zach B. Shelomith and the law firm of LEIDERMAN SHELOMITH, P.A. are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014. However, in an abundance of caution and in the interests of full disclosure, the Trustee and the Firm disclose the following: (a) the Firm has in the past, currently, and will likely in the future, represent the Trustee in his capacity as trustee of unrelated bankruptcy estate(s); and (b) the Firm has in the past, currently, and will likely in the future, represent parties, including debtors, whose interests are adverse to the Trustee in his capacity as

trustee of unrelated bankruptcy estate(s).

4.  The attorney has agreed to be compensated in accordance with 11 U.S.C. § 330.

5.  The trustee believes that the attorney is qualified to practice in the Bankruptcy Court and is qualified to advise the trustee on its relations with and responsibilities to the debtor, creditors and other parties.

WHEREFORE, the trustee respectfully requests an Order authorizing the employment of Zach B. Shelomith and the law firm of LEIDERMAN SHELOMITH, P.A. to represent the trustee on a general retainer, *nunc pro tunc* from December 19, 2014, pursuant to 11 U.S.C. §§ 327 and 330.

Dated: December 19th, 2014.

By: _____
Soneet R. Kapila, Trustee
P.O. Box 14213
Ft. Lauderdale, Florida 33302
(954) 761-8707

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Trustee's *Ex Parte* Application for Employment of Attorney *Nunc Pro Tunc* From December 19, 2014 was served on December 19, 2014 to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference), and via U.S. Mail to Marina Fitoria, 10300 SW 199 St, Miami, FL 33157.

               By:_____/s/_____
                  Zach B. Shelomith
                  zshelomith@lslawfirm.net

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

In re:  Case No. 14-31158-BKC-AJC

MARINA FITORIA,  Chapter 7

    Debtor.
_____/

## AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE

**ZACH B. SHELOMITH**, pursuant to 28 U.S.C. §1746, does state:

1. I am a shareholder of and I am employed by the law firm of Leiderman Shelomith, P.A. ("LSPA"), with offices located at 2699 Stirling Road, Suite C401, Ft. Lauderdale, FL 33312.

2. I and the other attorneys of LSPA are admitted to practice in the State of Florida and the United States District Court for the Southern District of Florida, and we are qualified to practice in the United States Bankruptcy Court for the Southern District of Florida.

3. Neither I nor LSPA hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).  We have not represented any of the creditors in any related or unrelated matters.

4. I and the other attorneys of LSPA have represented and may currently represent debtors and creditors in other unrelated bankruptcy proceedings, where the Trustee has served or is serving as Chapter 7 Trustee.  However, such representation does not constitute any interest adverse to this bankruptcy estate.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 19, 2014

**LEIDERMAN SHELOMITH, P.A.**
2699 Stirling Road, Suite C401
Ft. Lauderdale, FL 33312
Telephone: (954) 920-5355
Facsimile: (954) 920-5371

By:_____/s/_____
    ZACH B. SHELOMITH
    Florida Bar No. 0122548
    zshelomith@lslawfirm.net